UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY A. SANGIUOLO,<br><br>      Plaintiff,<br><br>-against-<br><br>WDF, INC.; THOMAS LICCIONE,<br><br>      Defendants. | 7:21-cv-04011(KMK)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND ORDER OF DISMISSAL** |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Plaintiff Nancy A. Sangiuolo and Defendants WDF, Inc. and Thomas Liccione hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed, with prejudice, as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: November 24, 2021

*Nancy Sangiuolo*
_____
Plaintiff, Nancy A. Sangiuolo


DATED: November 23, 2021    Nida & Romyn, P.C.,

                  /S/ ROBERT NIDA
               Robert Nida, Esq.
               1900 Avenue of the Stars, Suite 650
               Los Angeles, CA 90067
               Telephone: (310) 286-3400
               E-Mail: rnida@nidaromyn.com
               *Attorneys for WDF, Inc. and Thomas Liccione*

1

Document Ref: YXWR3-N7MEX-2EGOD-GZC7N                         Page 1 of 2

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS SO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own fees and costs. The Clerk is directed to close this file.

DATED: November 30, 2021

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Document Ref: YXWR3-N7MEX-2EGOD-GZC7N

# Signature Certificate

Document Ref : YXWR3-N7MEX-2EGOD-GZC7N

Document signed by:



**Nancy Sangiuolo**
E-mail: nsangiuolo706@aol.com
Signed via link

172.58.231.76    25 Nov 2021 01:25:53 UTC

*Nancy Sangiuolo*

Document completed by all parties on
25 Nov 2021 01:25:53 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is a document workflow and certified eSignature solution trusted by 25,000+ companies worldwide.

